■ In the Matter of EDMUND BURKE et al., Respondents, v CARLOS SOBRAL, Appellant. [4 NYS3d 509]—Appeal from order,

Supreme Court, New York County (Jeffrey K. Oing, J.), entered July 1, 2014, confirming the Arbitrator's partial final award, dated August 6, 2013, and the final award, dated December 31, 2013, deemed an appeal from the judgment, same court and Justice, entered August 12, 2014, awarding petitioners Edmund and Suzanne D. Burke $2,003,290.33, and so considered, the judgment unanimously affirmed, without costs.

Contrary to respondent's claim, the arbitrator did not exceed his power (*see* CPLR 7511 [b] [1] [iii]). The finding of liability was not "totally irrational" (*Matter of Port Auth. of N.Y. & N.J. v Local Union No. 3, Intl. Bhd. of Elec. Workers*, 117 AD3d 424 [1st Dept 2014] [internal quotation marks omitted], *lv denied* 24 NY3d 916 [2015]), nor did it ignore the provisions of the parties' operating agreement. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Feinman and Gische, JJ.